UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Alton Lee Simpson                               Docket No. 5:99-CR-127-3BO

**Petition for Action on Supervised Release**

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Alton Lee Simpson, who, upon an earlier plea of guilty to Counts 1 and 2, 18 U.S.C. §§ 2113(a), 2113(d), and 2, Armed Bank Robbery and Aiding and Abetting§, and Count 3, 18 U.S.C. §§ 924(c)(1)(A)(III), and 2, Brandishing and Discharging a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on February 3, 2000, to the custody of the Bureau of Prisons for a term of 212 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Alton Lee Simpson was released from custody on January 23, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant submitted a urine sample on July 1, 2015, that was positive for marijuana use. When confronted with the results, the defendant signed an admission acknowledging his use of marijuana on or about June 28, 2015. He reports it was an isolated incident and he is not in need of substance abuse counseling at this time. The defendant has been verbally reprimanded and instructed that continued drug use will not be tolerated. In order to drug test the defendant more frequently and to possibly refer him to substance abuse counseling if additional use is detected, we are recommending that the conditions of supervision be modified to include drug aftercare.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Eddie J. Smith
Eddie J. Smith
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-483-8613
Executed On: July 10, 2015

Alton Lee Simpson
Docket No. 5:99-CR-127-3BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __11__ day of __July__, 2015 and ordered filed and made a part of the records in the above case.

_/s/ Terrence W. Boyle_
Terrence W. Boyle
U.S. District Judge