# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division

U.S.A. vs. Alton Lee Simpson                                            Docket No. 5:99-CR-127-3BO

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Alton Lee Simpson, who, upon an earlier plea of guilty to Counts 1 and 2, 18 U.S.C. §§§ 2113(a), 2113(d), and 2, Armed Bank Robbery and Aiding and Abetting, and Count 3, 18 U.S.C. §§ 924(c)(1)(A)(III), and 2, Brandishing and Discharging a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on February 3, 2000, to the custody of the Bureau of Prisons for a term of 212 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Alton Lee Simpson was released from custody on January 23, 2015, at which time the term of supervised release commenced. On July 11, 2015, after the defendant tested positive for marijuana use on July 1, 2015, the court modified the conditions of supervision to include drug aftercare.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant submitted a urine sample on January 11, 2016, that was positive for marijuana use. When confronted with the results, the defendant signed an admission acknowledging his use of marijuana on or about January 1, 2016. As a result of this use, he has been referred to substance abuse counseling. As a punitive sanction for this conduct, we are recommending that the conditions of supervision be modified to include 30 days of home detention with electronic monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-483-8613 |
| | Executed On: January 27, 2016 |

Alton Lee Simpson
Docket No. 5:99-CR-127-3BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this \_\_27\_\_ day of \_\_January\_\_, 2016 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge