UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Docket No. 5:99-CR-127-3BO

U.S.A. vs. Alton Lee Simpson

Petition for Action on Supervised Release

COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Alton Lee Simpson, who, upon an earlier plea of guilty to Counts 1 and 2, 18 U.S.C. §§ 2113(a), 2113(d), and 2, Armed Bank Robbery and Aiding and Abetting, and Count 3, 18 U.S.C. §§ 924(c)(1)(A)(III), and 2, Brandishing and Discharging a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on February 3, 2000, to the custody of the Bureau of Prisons for a term of 212 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Alton Lee Simpson was released from custody on January 23, 2015, at which time the term of supervised release commenced. On July 11, 2015, after the defendant tested positive for marijuana use on July 1, 2015, the court modified the conditions of supervision to include drug aftercare. On January 2, 2016, after the defendant tested positive for marijuana on January 11, 2016, the defendant's conditions of supervision were modified to include 30 days of home detention supported by electronic monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 25, 2016, the defendant submitted a urine specimen which proved positive for marijuana. When confronted with the results, the defendant signed an admission acknowledging the use of marijuana on or about July 4, 2016. The defendant has been participating in substance abuse counseling. As a punitive sanction for this conduct, it is respectfully recommended that his conditions of supervision be modified to include 60 days of home detention, to be supported by electronic monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Alton Lee Simpson
Docket No. 5:99-CR-127-3BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Debbie W. Starling
Debbie W. Starling
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-483-8613
Executed On: August 8, 2016

## ORDER OF THE COURT

Considered and ordered this ___8___ day of __August__, 2016, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge